UNITED STATES of America,
Plaintiff–Appellee,

v.

Manuel COLORADO–GONGORA,
Defendant–Appellant.

No. 05–12429
Non–Argument Calendar.
D.C. Docket No. 04–00545–
CR–T–30–EAJ.

United States Court of Appeals,
Eleventh Circuit.

Oct. 19, 2005.

Peter Anthony Sartes, Clearwater, FL, for Defendant–Appellant.

Yvette Rhodes Harrison, Tampa, FL, for Plaintiff–Appellee.

Before BLACK, BARKETT and HILL, Circuit Judges.

PER CURIAM:

Peter A. Sartes, appointed counsel for Manuel Colorado–Gongora in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and

Hernandez's conviction and sentence is *AFFIRMED.*